UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA HAUPT KREBS, | No. 2:16-cv-0942-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Presently pending before the court is plaintiff's motion to proceed *in forma pauperis*. (ECF No. 2.) After reviewing plaintiff's motion, the court finds that it needs additional information to adjudicate the motion. More specifically, plaintiff's motion indicates that she has no income and is completely supported by her boyfriend. Because plaintiff appears to be living in a single household with her boyfriend, who fully supports her, the court finds it necessary to consider the entire household income for purposes of resolving the motion to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 28 days of this order, plaintiff shall file a supplemental declaration in support of her motion to proceed *in forma pauperis*, outlining: (a) plaintiff's boyfriend's monthly income from employment; (b) plaintiff's boyfriend's income from other

1

      sources in the past 12 months (identifying the sources and amounts); (c) the amount of funds held by plaintiff's boyfriend in checking or savings accounts; and (d) any real estate, stocks, bonds, securities, other financial instruments, automobiles, or any other things of value owned by plaintiff's boyfriend, stating their respective values.

2. Alternatively, plaintiff may pay the filing fee within 28 days of this order.
3. Failure to timely submit the requested information will result in denial of the motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: May 26, 2016

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE